Judge Franklin D. Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. CR05-5416FDB |
| Plaintiff, ) | |
| ) | ORDER |
| ) | GRANTING STIPULATED |
| v. ) | MOTION TO CONTINUE |
| ) | TRIAL DATE AND |
| EDUARDO CRUZ-GARCIA, ) | PRETRIAL MOTIONS DATE |
| ) | |
| Defendant. ) | |

Upon the stipulation and motion of the parties to continue the trial and pretrial motions due date in the above-captioned case, and based upon the stipulated and agreed facts set forth in the parties' motion, which are hereby incorporated by reference, the Court finds that such a continuance would serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial; therefore,

IT IS HEREBY ORDERED that the trial date be continued from August 1, 2005 to November 7, 2005. The period of delay resulting from this continuance from August 1, 2005 up to and including the new trial date of November 7, 2005, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(8)(A) and (B) for the purpose of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. § 3161-3174.

//
//
//
//

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO CONTINUE
(Cruz-Garcia, CR05-5416FDB) - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

IT IS FURTHER ORDERED that the pretrial motions due date be extended to September 6, 2005.

DONE this 28th day of June, 2005.

   /s/ Franklin D Burgess
HON. FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

s/Miriam Schwartz (per telephonic approval)
MIRIAM SCHWARTZ
Assistant Federal Public Defender
for Defendant Eduardo Cruz-Garcia
Federal Public Defender's Office
1331 Broadway, Suite 400
Tacoma, Washington 98402
Telephone: (253) 593-6710
Facsimile: (253) 593-6714
E-mail: Miriam_Schwartz@fd.org

s/Michael Dion
MICHAEL DION
Assistant United States Attorney
U.S. Attorney's Office
WSBA #31239
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Telephone: (253) 428-3800
Facsimile: (253) 428-3826
E-mail: Michael.Dion@usdoj.gov

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO CONTINUE
(Cruz-Garcia, CR05-5416FDB) - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800