Judge Franklin D. Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | NO. CR05-5416FDB |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DATE |
| v. | ) | |
| | ) | |
| EDUARDO CRUZ-GARCIA, | ) | |
| | ) | |
| Defendant. | ) | |

Upon the stipulation and motion of the parties to continue the trial and pretrial motions due date in the above-captioned case, and based upon the stipulated and agreed facts set forth in the parties' motion, which are hereby incorporated by reference, the Court finds that such a continuance would serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial; therefore,

IT IS HEREBY ORDERED that the trial date be continued to January 30, 2006. The period of delay resulting from this continuance from November 7, 2005 up to and including the new trial date of January 30, 2006, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(8)(A) and (B) for the purpose of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. § 3161-3174.

Order Granting Stipulated Motion to Continue Trial Date, etc.
U.S. v. Cruz-Garcia/CR05-5416FDB - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402-4305
(253) 428-3800

1   IT IS FURTHER ORDERED that the pretrial motions due date be extended to
2 November 23, 2005.
3   DATED this 17th day of October, 2005.

FRANKLIN D. BURGESS
United States District Judge

Presented by:

s/ Paula T. Olson   *
PAULA T. OLSON
Attorney for Defendant
Eduardo Cruz-Garcia

*Telephonic Approval

s/ Michael Dion
MICHAEL DION
Assistant United States Attorney

Order Granting Stipulated Motion to Continue Trial Date, etc.
U.S. v. Cruz-Garcia/CR05-5416FDB - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402-4305
(253) 428-3800