Judge Franklin D. Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | NO. CR 05-5416FDB |
| ) | ORDER |
| ) | GRANTING STIPULATED |
| v. ) | MOTION TO CONTINUE |
| ) | TRIAL DATE AND |
| EDUARDO CRUZ-GARCIA, ) | PRETRIAL MOTIONS DATE |
| ) | |
| Defendant. ) | |
| ) | |

Upon the stipulation and motion of the parties to continue the trial and pretrial motions due date in the above-captioned case, and based upon the stipulated and agreed facts set forth in the parties' motion, which are hereby incorporated by reference and adopted by the Court as findings of fact, the Court finds that such a continuance would serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial; therefore,

IT IS HEREBY ORDERED that the trial date be continued from January 30, 2006 to April 10, 2006. The period of delay resulting from this continuance from January 30, 2006, up to and including the new trial date of April 10, 2006, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(8)(A) and (B) for the purpose of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. § 3161-3174.

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO CONTINUE
(Cruz-Garcia, CR 05-5416FDB) - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
253-428-3800

1  IT IS FURTHER ORDERED that the pretrial motions due date be extended to
2  February 6, 2006.
3   DONE this 12th day of January, 2006.

HON. FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Paula Olson (per telephonic auth.)
PAULA OLSON
Attorney for Defendant
Eduardo Cruz-Garcia


s/ Michael Dion
MICHAEL DION
Assistant United States Attorney

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO CONTINUE
(Cruz-Garcia, CR 05-5416FDB) - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
253-428-3800